United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

# MEMORANDUM

**TO:** Mr. Rob Phelps

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** May 17, 2016

**RE:** 14-2726  Dordt College, et al v. Sylvia M. Burwell, et al.

District Court/Agency Case Number(s):  5:13-cv-04100-MWB

_____

    Attached is a letter received from the United States Supreme Court stating that an order has been filed granting certiorari in the above case.

LMT