# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-2726

Dordt College and Cornerstone University

Appellees

v.

Sylvia M. Burwell, in her official capacity as Secretary of the United States Department of Health and Human Services, et al.

Appellants

------------------------------

Americans United For Separation of Church and State, et al.

Amici on Behalf of Appellant(s)

Association of American Physicians & Surgeons, et al.

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Northern District of Iowa - Sioux City
(5:13-cv-04100-MWB)
_____

**ORDER**

Pursuant to the order of the U.S. Supreme Court, dated May 16, 2016, and the U.S. Supreme Court's mandate of June 17, 2016, this court's judgment, dated September 17, 2015, is vacated, the mandate is hereby recalled, and the case is reopened.

June 22, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans