# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 14-2726
_____

Dordt College; Cornerstone University

Plaintiffs - Appellees

v.

Sylvia M. Burwell, in her official capacity as Secretary of the United States Department of Health and Human Services; Thomas Perez, in his official capacity as Secretary of the United States Department of Labor; Jack Lew, in his official capacity as Secretary of the United States Department of the Treasury; United States Department of Health and Human Services; United States Department of Labor; United States Department of the Treasury

Defendants - Appellants

------------------------------

Americans United For Separation of Church and State; American Civil Liberties Union; American Civil Liberties Union of Iowa

Amici on Behalf of Appellant(s)

Association of American Physicians & Surgeons; American Association of Pro-Life Obstetricians & Gynecologists; Christian Medical Association; Catholic Medical Association; The National Catholic Bioethics Center; Alabama Physicians for Life; National Association of Pro Life Nurses; National Association of Catholic Nurses

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Northern District of Iowa - Sioux City
(5:13-cv-04100-MWB)
_____

## JUDGMENT

Before WOLLMAN, COLLOTON and BENTON, Circuit Judges.

    Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

    The Court's mandate shall issue forthwith.

October 27, 2017

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans