IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| DORDT COLLEGE and CORNERSTONE UNIVERSITY, <br><br> Plaintiffs, <br><br> vs. <br><br> ALEX M. AZAR II, et al, <br><br> Defendants. | No.13-CV-04100-MWB <br><br> **JUDGMENT** |

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** pursuant to the Order granting motion for Permanent Injunction and Declaratory Relief and Permanent Injunction and Declaration, filed on June 12, 2018, (docket number 85), final judgment is hereby entered.

DATED this 14th day of June 2018

Approved as to form by

*/s/ Mark W. Bennett*

MARK W. BENNETT
DISTRICT JUDGE
U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

Robert L. Phelps, Clerk of Court
United States District Court
Northern District of Iowa

*/s/ Suzanne Carlson*

By: Suzanne Carlson, Deputy Clerk